**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

JOSE AGUIRRE, et. al.,

vs.

BRUCE FORD, et. al.,

07cv6915
JUDGE COAR
MAG. JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOSE AGUIRRE and
FABIOLA GUERRERO

FILED
DEC - 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| Jerry Bischoff | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jerry Bischoff | |
| FIRM | |
| Law Office of Jerry Bischoff | |
| STREET ADDRESS | |
| 35 E. Wacker Drive, Suite 650 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6197011 | (312) 853-2167 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ | |