UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE AGUIRRE and FABIOLA GUERRERO, ) ) ) Plaintiffs, ) ) v. ) ) ) BRUCE FORD, et. al., ) | No. 07 cv 6915 Judge David H. Coar |

## MOTION TO ENLARGE TIME FOR SERVICE OF SUMMONS

     NOW COMES the Plaintiffs, JOSE AGUIRRE and FABIOLA GUERRERO, by and through Their attorneys, JERRY BISCHOFF and JOSEPH G. HOWARD, and Moves this Honorable Court for an Order to Enlarge time for Plaintiffs to all defendants with the Complaint pursuant to Federal Rules of Civil Procedure Rule 4(m).  In support thereof, defendants state as follows:

1. Plaintiffs filed their Complaint on December 7, 2007 pursuant 42 U.S.C. §1983;

2. Summons were issued on February 8, 2008;

3. This case is being handled by two separate law offices, the Law Office of Jerry Bischoff and the Law Office of Joseph G. Howard;

4. Due to a mis-communication between counsels, the summons and complaint in this matter were not served on the opposing parties.  (See Exhibit "A");

5. Upon learning of this mistake, counsel immediately caused alias summons to issue on April 1, 2008;

6. The Summons are now in the possession of Noble Investigative Services and will be served within the next twenty days;

7. Plaintiff now seeks additional time to serve defendants so that compliance with Rule 26(f) can be accomplished;

8. FRCP 4(m) allows 120 days to serve the defendants after the filing of the complaint. However, the Court in its discretion may grant an extension to serve the complaint within a specified time period;

WHEREFORE, Plaintiffs seek an additional twenty (20) days for service of the complaint as well as a forty-five (45) day continuance for the hearing on the Rule 16(b) conference.

Respectably submitted,

S/ __Jerry Bischoff__
Jerry Bischoff

Jerry Bischoff
Attorney at Law
35 E. Wacker Drive
Suite 650
Chicago, IL 60601
(312) 853-2167