**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**JOSE AGUIRRE and FABIOLA GUERRERO,**

**Plaintiffs,**

**v.**

**BRUCE FORD, et. al.,**

**No. 07 cv 6915**
**Judge David H. Coar**

**AFFIDAVIT OF PLAINTIFF'S ATTORNEY**

Now comes the PLAINTIFF'S ATTORNEY, Jerry Bischoff, having been duly sworn on oath, deposes and says:

1. I am an attorney licensed to practice law in the State of Illinois.

2. I am familiar with the above case and the attached motions and have read the motion.

3. The statements contained therein are true to the best of my knowledge and belief.

4. On December 7, 2007, Plaintiff filed his complaint in the Northern District of Illinois. Summons were issued on February 8, 2008;

5. Due to a mis-communication between the separate law offices working on the file, neither counsel took the necessary steps to serve the complaints.

6. Specifically, the Law Office of Joseph G. Howard prepared the summons, dropped them off with the law clerk for Jerry Bischoff who brought them to the clerk. However, the summons were not returned by the law clerk to either Jerry Bischoff or Joe Howard.

7. Each counsel erroneously believed that the other was handling the matter of serving the defendants.

8. Since discovering the mistake, alias summons have issued and they have been placed with a licensed investigator for service.

AFFIANT SAITH FURTHER NOT

Jerry Bischoff

Before me this 3 day of April, 2008

Notary Public

OFFICIAL SEAL
DAVID L GOLDSTEIN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/23/10