UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE AGUIRRE and FABIOLA GUERRERO, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  07 cv 6915 |
| | ) | Judge David H. Coar |
| BRUCE FORD, et. al., | ) | |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that I shall present Plaintiff's Motion to Enlarge before the Honorable Judge David H. Coar in the United States District Court for the Northern District of Illinois at 219 South Dearborn in Chicago on Monday, April 7, 2008, at 9:00 a.m.

                                            Respectfully submitted,

                                            S/ Jerry Bischoff
                                               Jerry Bischoff, One of the
                                               Attorneys for Plaintiff

**Cerificate of Service**

      The undersigned Attorney hereby certifies that in accordance with Fed. R. Crim. P 49, Fed R. Civ. P. 5, LR5.5 and the General Order on Electronic Case Filing (ECF), the following documents:
      **Plaintiff's Motion to Enlarge Time**
were served pursuant to the district court's ECF system as to ECF filers.
                                              Respectfully submitted,

                                             s\ Jerry D. Bischoff
                                             Jerry D. Bischoff

Jerry D. Bischoff
Attorney at Law
35 E. Wacker Drive
Suite 650
Chicago, IL 60601
(312) 853-2167