**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jose Aguirre, et al.
                Plaintiff,

v.                                        Case No.: 1:07−cv−06915
                                              Honorable David H. Coar

Bruce Ford, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 7, 2008:

      MINUTE entry before Judge Honorable David H. Coar: Rule 16(b) Scheduling conference held on 4/7/2008. Rule 16(b) Scheduling Conference continued to 4/29/2008 at 09:00 AM. The Report of Parties' Planning Conference and the Proposed Scheduling Order to be e−field (on the docket) by 4/25/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.