AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JOSE ~~AGUILAR~~ AGUIRRE and FABIOLA GUERRERO

CASE NUMBER: 07 C 6915

V.

ASSIGNED JUDGE: JUDGE COAR

BRUCE FORD, HECTOR ZAMUDIO, CITY OF CHICAGO, a Municipal, KAT KLUB, an Illinois corporation aka KAT CLUB AND KATHI J. NOONE, JOHN DOE, and other unknown owners of KAT KLUB aka KAT CLUB

DESIGNATED MAGISTRATE JUDGE: JUDGE NOLAN

TO: (Name and address of Defendant)

City of Chicago
3510 S. Michigan Ave.
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph G. Howard
Law Offices of Joseph G. Howard, P.C.
217 N. Jefferson St., Suite 602
Chicago, IL 60661
(312) 831-1200

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

J. Cervantes
(By) DEPUTY CLERK

APR 0 2 2008

DATE

NOTICE TO PROCESS SERVER

Case Caption & Docket Number: _Aguirre Guerrero 07C 6915_

Received By: _D. Paluck 8467_
             name & signature

Date & Time Received: _9/4/08 1115_

      Please be advised that the Chicago Police Department is not accepting service on behalf of any individual defendant(s) in the above-captioned matter but is receiving the documents in order to facilitate service upon the individual defendant(s) who are Chicago police officers. The Department will contact the individual officers to accept service. After the officer has accepted service, you will be notified through regular court procedures.

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF THE STATE OF ILLINOIS

| | |
|---|---|
| Jose Aguilar and Fabiola Guerrero, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> Bruce Ford, Hector Zamudio, City of ) <br> Chicago, a Municipa, Kat Klub aka Kat ) <br> Club and Kathi J. Noone, John Doe and ) <br> other unknown owners of Kat Klub aka ) <br> Kat Club ) <br> Defendant. ) <br> )ss. <br> ) | PROOF OF SERVICE <br><br> 07 C 6915 |

CORPORATE SERVICE

I, Kai M Joy, certify that I am a competent person 18 years of age or older and that I am not a party to, nor an officer, director or employee of, nor an attorney for any party, corporate or otherwise. That the person, firm or corporation served by me is the identical person named in the action service was made.

Upon, City of Chicago / Police, Corporate service delivering said true copy.

Date of Service: 04/09/2008
Time of Service: 11:15 am
Address of Service: 3510 S Michigan Ave, Chicago IL 60653

Notes on Service: Corporate Service on City of Chicago Police Department Liaison Office Pallick, star #8467, male, white, 45, 5'9", medium build, brown hair.

Under penalties as provided by law pursuant to section 1-109 of the code of civil procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Dated this 9th day of April, 2008

_____
Kai M. Joy

Page 1 PROOF OF SERVICE

NIS Consulting Group, Ltd.
1555 Sherman Avenue Ste. 331
Evanston IL 60201
(847)733-1212 (847)733-1414