UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Jose Aguirre, et al.
                           Plaintiff,

v.                                              Case No.: 1:07−cv−06915
                                                       Honorable David H. Coar

Bruce Ford, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

      MINUTE entry before Judge Honorable David H. Coar:Status hearing held on 4/29/2008. The attorney advised the Court as to the defendants that have been served. Responses by the defendants between now and May 12, 2008, should be prepared to proceed with the scheduling conference on May 14, 2008 and a Report of Parties' Planning Conference and Proposed Scheduling Order shall be filed by May 12, 2008. Rule 16(b) Scheduling Conference set for 5/14/2008 at 09:00 A.M.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.