## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 07cv6915                    Assigned/Issued By: TC

Judge Name: Coar                         Designated Magistrate Judge: Nolan

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____         Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____                 Receipt #: _____

Date Payment Rec'd: _____            Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                               ☑ Alias Summons
☐ Third Party Summons                   ☐ Lis Pendens
☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons    _____
                                        _____
                                        *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                        ☐ Other
☐ Writ _____             _____
        *(Type of Writ)*                _____
                                        *(Type of issuance)*

2  Original and  2  copies on  04/30/08  as to  Hector Zamudio ( 2 different
                              *(Date)*
addresses) _____

_____