UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE AGUIRRE, and ) | |
| FABIOLA GUERRERO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.   07 CV 06915 |
| ) | |
| BRUCE FORD, HECTOR ZAMUDIO, ) | |
| THE CITY OF CHICAGO, a municipal ) | |
| Corporation, KAT KLUB, an Illinois Corporation, ) | |
| a/k/a KAT CLUB and KATHI J. NOONE, ) | |
| JOHN DOE and other unknown owners of ) | |
| KAT KLUB a/k/a KAT CLUB, ) | |
| ) | |
| Defendants. ) | |

**NOTICE AND MOTION FOR DEFAULT**

TO:   The Honorable Judge Coar
(No attorneys have appeared to date.)

PLEASE TAKE NOTICE that on May 14, 2008, at 9:00 AM, or as soon thereafter as counsel can be heard, Plaintiff, will appear before the Honorable Judge Coar in room 1419 or in the room usually occupied by him as a courtroom, at the United States Courthouse, Northern District of Illinois in Chicago, Illinois, and move the Court as follows:

To enter an order of Default against Defendants, KAT KLUB, an Illinois Corporation a/k/a KAT CLUB, and KATHI J. NOONE, pursuant to Rule 55 of the Federal Rules of Civil Procedure, and in support thereof states as follows:

**DEFAULT AGAINST DEFENDANT KAT KLUB a/k/a KAT CLUB**

1. On December 7, 2007, Plaintiffs filed a six count Complaint at Law in the Northern District of Illinois against Defendants.

2. That on April 8, 2008, Defendant KAT KLUB, an Illinois Corporation a/k/a KAT CLUB was served by delivering a true copy of the Complaint at Law to 6920 West North Avenue.

3. That more than 20 days has elapsed since the date of service on KAT KLUB, an Illinois Corporation a/k/a KAT CLUB.

4. That Defendant, KAT KLUB, an Illinois Corporation a/k/a KAT CLUB, has failed to appear or otherwise plead.

WHEREFORE, the Plaintiffs, JOSE AGUIRRE and FABIOLA GUERRERO, pray that this Honorable Court:

A. Enter an Order holding Defendant, KAT KLUB, an Illinois Corporation a/k/a KAT CLUB, in default; and

B. Any further relief that this Court deems just and equitable.

**DEFAULT AGAINST KATHI J. NOONE**

1. On December 7, 2007, Plaintiffs filed a six count Complaint at Law in the Northern District of Illinois against Defendants.

2. That on April 8, 2008, Defendant KATHI J. NOONE was served by delivering a true copy of the Complaint at Law to 6619 North Avenue in Oak Park, Illinois by substitute service with a resident of Defendant's household over the age of 18.

    3.    That more than 20 days has elapsed since the date of service on KATHI J. NOONE.

    4.    That Defendant, KATHI J. NOOONE, has failed to appear or otherwise plead.

    5.    In support of this Motion, the Affidavit of Attorney Joseph G. Howard is attached and marked "Exhibit A."

WHEREFORE, the Plaintiffs, JOSE AGUIRRE and FABIOLA GUERRERO, pray that this Honorable Court:

    C.    Enter an Order holding Defendant, KATHI J. NOONE, in default; and

    D.    Any further relief that this Court deems just and equitable.

Dated: May 8, 2008.

        Respectfully submitted,

        /s/ Joseph G. Howard

        Attorney for Plaintiffs

Law Offices of Joseph G. Howard, P.C.
217 N. Jefferson Street, Suite 602
Chicago, IL 60661
(312) 831-1200

Jerry Bischoff
35 E. Wacker Dr. Suite 650
Chicago, IL 60601
(312) 853-2167