**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jose Aguirre, et al.
                       Plaintiff,

v.                                        Case No.: 1:07−cv−06915
                                                     Honorable David H. Coar

Bruce Ford, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

      MINUTE entry before the Honorable David H. Coar: This case came before the Court on 5/14/2008 for Scheduling conference. Mary McDonald appeared ( as "Friend of the Court") and/or on behalf of certain defendants and requested a continuance of the Rule 16(b). Defendants' oral motion to answer or plead is granted. The defendants to file an answer or other pleading on or before 6/113/2008. Scheduling Conference reset to 6/17/2008 at 09:00 AM. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.