## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case | Judge Coar |
|---|---|---|
| Jose Aguirre and Fabiola Guerrero v. Bruce Ford, Hector Zamudio, the City of Chicago, a municipal corporation, KAT KLUB, an Illinois Corporation, a/k/a KAT KLUB AND KATHI J. NOONE, JOHN DOE and other unknown owners of KAT KLUB a/k/a KAT CLUB. | 07 C 6915 | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants City of Chicago and Bruce Ford

| SIGNATURE | /s/ Mary S. McDonald |
|---|---|
| FIRM | City of Chicago Corporation Counsel |
| STREET ADDRESS | 30 No. LaSalle St., Suite 1400 |
| CITY/STATE/ZIP | Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06199995 | 312.744.8307 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐