UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE AGUIRRE, and <br> FABIOLA GUERRERO, <br>       Plaintiffs, <br> v. <br><br> BRUCE FORD, HECTOR ZAMUDIO, <br> THE CITY OF CHICAGO, a municipal <br> Corporation, KAT KLUB, an Illinois <br> Corporation, a/k/a KAT CLUB and <br> KATHI J. NOONE, JOHN DOE and <br> other unknown owners of <br> KAT KLUB a/k/a KAT CLUB, <br><br>       Defendants. | 07 C 6915 <br><br> Judge Coar <br><br> Magistrate Judge Nolan |

## NOTICE OF MOTION

To: Jerry Bischoff
    35 E. Wacker Dr. Suite 650
    Chicago, IL 60601

Joseph G. Howard, P.C.
217 N. Jefferson Street, Suite 602
Chicago, IL 60661

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Norther District of Illinois, Eastern Division, **DEFENDANTS' CITY OF CHICAGO AND BRUCE FORD'S MOTION TO DISMISS** a copy of which is attached hereto and served upon you.

**I SHALL APPEAR** on Friday, June 13, 2008 at 9:00 a.m. before the Honorable David Coar or any judge sitting in his stead in Courtroom 1419 and present the attached motion.

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing **DEFENDANTS' CITY OF CHICAGO AND BRUCE FORD'S MOTION TO DISMISS** to be mailed via ECF, to the address listed on plaintiffs' appearance, on June 10, 2008.

Respectfully Submitted,

Dated: June 10, 2008.      *Mary S. McDonald*

    Mary McDonald, Asst. Corp. Counsel
    30 N. LaSalle St. #1400
    Chicago, IL 60602
    (312) 744-8307
    Atty No. 06199995