UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE AGUIRRE, and<br>FABIOLA GUERRERO,<br><br>    Plaintiffs,<br><br>v.<br><br>BRUCE FORD, HECTOR ZAMUDIO,<br>THE CITY OF CHICAGO, a municipal<br>Corporation, KAT KLUB, an Illinois Corporation,<br>a/k/a KAT CLUB and KATHI J. NOONE,<br>JOHN DOE and other unknown owners of<br>KAT KLUB a/k/a KAT CLUB,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   No.   07 CV 06915<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF ATTORNEY JOSEPH G. HOWARD

Affiant, Joseph G. Howard, on oath, states as follows:

1. That I am the attorney for the Plaintiffs, JOSE AGUIRRE and FABIOLA GUERRERO in the above referenced case.

2. That on April 8, 2008, Defendant KAT KLUB, an Illinois Corporation a/k/a KAT CLUB was served by delivering a true copy of the Complaint at Law to 6920 West North Avenue.

3. That service was effected by an independent process server, NIS Consulting Group Ltd., with a place of business at 1555 Sherman Avenue in Evanston, Illinois.

4. That more than 20 days has elapsed since the date of service on KAT KLUB, an Illinois Corporation a/k/a KAT CLUB.

5. That I have received no notice of any responsive pleading or appearance on behalf of Defendant, KAT KLUB, an Illinois Corporation a/k/a KAT CLUB to date.

6.  That on April 8, 2008, Defendant KATHI J. NOONE was served by delivering a true copy of the Complaint at Law to 6619 North Avenue in Oak Park, Illinois by substitute service with a resident of Defendant's household over the age of 18 by NIS Consulting Group Ltd.

7.  That more than 20 days has elapsed since the date of service on KATHI J. NOONE.

8.  That I have received no notice of any responsive pleading or appearance on behalf of Defendant, KATHI J. NOONE to date.

AFFIANT FURTHER SAYETH NOT.

Joseph G. Howard

Signed and sworn to me on
This 10th day of June, 2008.

NOTARY PUBLIC

OFFICIAL SEAL
NICOLE STEINHAUS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/05/11