UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE AGUIRRE, and ) | |
| FABIOLA GUERRERO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.   07 CV 06915 |
| ) | |
| BRUCE FORD, HECTOR ZAMUDIO, ) | |
| THE CITY OF CHICAGO, a municipal ) | |
| Corporation, KAT KLUB, an Illinois Corporation, ) | |
| a/k/a KAT CLUB and KATHI J. NOONE, ) | |
| JOHN DOE and other unknown owners of ) | |
| KAT KLUB a/k/a KAT CLUB, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION FOR DEFAULT**

TO:   Mary S. McDonald
City of Chicago
30 N. LaSalle St., Suite 1400
Chicago, IL 60602

PLEASE TAKE NOTICE that on June 17, 2008, at 9:00 AM, or as soon thereafter as counsel can be heard, Plaintiff, will appear before the Honorable Judge Coar in Room 1419 or in the room usually occupied by him as a courtroom, at the United States Courthouse, Northern District of Illinois in Chicago, Illinois, and move the Court to enter an order of Default against Defendants, KAT KLUB, an Illinois Corporation a/k/a KAT CLUB, and KATHI J. NOONE, pursuant to Rule 55 of the Federal Rules of Civil Procedure.

/s/ Joseph G. Howard
_____
Attorney for Plaintiff

LAW OFFICES OF JOSEPH G. HOWARD, P.C.
217 North Jefferson St., Suite 602
Chicago, Illinois  60661
(312) 831-1200

**PROOF OF SERVICE**

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(a) of the Federal Rules of Civil Procedure that the above notice and any attached pleadings were served according to ECF as to Filing Users and placed in the U.S. Mail at 217 N. Jefferson St., properly addressed, with postage prepaid as to other users on June 10, 2008.

/s/ Joseph G. Howard
_____
JOSEPH G. HOWARD