**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Jose Aguirre, et al.
                        Plaintiff,

v.                                                Case No.: 1:07−cv−06915
                                                     Honorable David H. Coar

Bruce Ford, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

      MINUTE entry before the Honorable David H. Coar:Motion for default judgment [21] is stricken for the movant's failure to notice the motion for presentment pursuant to Local Rule 5.3(b). The Rule 16(b) Scheduling Conference that is currently set for 6/17/2008 is stricken and no one should appear on 6/17/2008. Rule 16(b) Scheduling Conference is reset for 8/28/2008 at 09:00 A.M. Set deadlines/hearing as to the motion to dismiss [24] : Responses due by 7/8/2008; Replies due by 7/22/2008. Motion to dismiss [24] is entered and continued to 8/28/2008 at 09:00 A.M.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.