# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6915 | **DATE** | 6/11/2008 |
| **CASE TITLE** | Jose Aguirree, et al vs. Bruce Ford, et al | | |

**DOCKET ENTRY TEXT**

Motion for default judgment [26] is granted to the extent that the Court will enter a Clerk's Default against the Defendants, KAT KLUB, an Illinois Corporation a/k/a KAT CLUB, and KATHI J. NOONE. Enter Clerk's Default against Defendants, KAT KLUB, an Illinois Corporation a/k/a KAT CLUB, and KATHI J. NOONE The Prove-up default hearing will be set at the next date of 8/28/2008.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|