UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D

JUL 0 1 2008  RC
7-1-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JOSE AGUIRRE and FABIOLA GUERRERO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.    ) | No. 07 C 6915 |
| ) | |
| BRUCE FORD, HECTOR ZAMUDIO, THE ) | Judge Coar |
| CITY OF CHICAGO, a Municipal Corporation, ) | |
| KAT KLUB, an Illinois Corporation, a/k/a ) | Magistrate Judge Nolan |
| KAT CLUB and KATHI J. NOONE, JOHN ) | |
| DOE and other unknown owners of KAT ) | |
| KLUB a/k/a KAT CLUB ) | |
| ) | |
| Defendant. ) | |

### DEFENDANTS KAT KLUB A/K/A KAT CLUB AND KATHI J. NOONE'S MOTION TO SET ASIDE ENTRY OF DEFAULT

NOW COME the Defendants, KAT KLUB A/K/A KAT CLUB ("Kat Klub") and KATHI J. NOONE ("Noone"), by and through their attorneys, LAW OFFICES OF EDWARD J. KOZEL, and respectfully requests this Honorable Court for relief from the entry of default on June 11, 2008 pursuant to Federal Rule of Civil Procedure 55(c), and seeks leave to file an appearance, answer, and/or otherwise plead, instanter. In support of this motion, Defendants state as follows:

1. Defendants Kat Klub and Noone were allegedly served with Summons and Complaint in this matter on April 8, 2008.

2. A default order was entered by the Court against the Defendants Kat Klub and Noone on June 11, 2008 and set for prove-up on August 28, 2008.

3.      Defendants respectfully request pursuant to Federal Rules of Civil Procedure 60(b), entry of an Order setting aside the June 11, 2008 default order.

4.      Federal Rule of Civil Procedure 55(c) provides that the court may set aside an entry of default for good cause. FRCP 55(c) (West 2008).

5.      A default should be vacated whenever the default was not willful, the defaulting party has a meritorious defense and no substantive prejudice will result. To vacate an entry of default, the moving party must show: 1) good cause; 2) quick action to correct it; and 3) a meritorious defense to plaintiff's complaint. *Bluegrass Marine Inc. v. Galena Road Gravel, Inc.*, 211 F.R.D. 356, 357 (S.D.Ill. 2002). The test for setting aside default is more liberally applied when dealing with entry of default prior to entry of a default judgment. *Id.* Default judgments are generally disfavored, as they are inconsistent with federal courts' preference for resolving disputes on the merits. *Id.*

6.      Defendant Noone never personally received service of summons as an individual Defendant or as the registered agent of the Kat Club. (See attached affidavits of service as Exh. "A"). Noone never received a copy of the summons and complaint in the above captioned matter. (See attached affidavit of Kathleen Noone as Exh. "B"). In fact, Noone did not know this matter was pending until she received a letter in the mail from Joseph G. Howard on May 27, 2008 stating she had been served with summons and complaint on April 8, 2008. (See attached letter as Exh. "C"). Noone was out of town at the time the letter arrived and did not see the letter until May 30, 2008. As soon as Noone received the letter, she sent the letter to her personal attorney. CNA Insurance received the file on June 3, 2008 and immediately sought to verify coverage. The policy was verified on June 17, 2008. As soon as coverage was verified, the file was immediately transferred to our office.

7.  Once the file was received by our office and we discovered that a default was entered on June 11, 2008, counsel for Defendants immediately filed this Motion to Vacate.

8.  Defendants also have a meritorious defense in this matter. Plaintiff's claims against the Defendants Kat Klub and Noone are time-barred by the applicable statute of limitations pursuant to 235 ILCS 5/6-21 (Under the Illinois Dram Shop Act, actions are time-barred unless commenced within one-year after the cause of action accrued). The incident that is the subject of the Plaintiffs' complaint occurred on December 9, 2005. Plaintiffs did not file this lawsuit until December 7, 2007.

9.  Defendants failure to plead was not willful or in bad faith, but rather the consequence of an inter-office mistake. Counsel for Defendants have acted diligently in filing this motion, have a meritorious defense, and Plaintiffs will not be prejudiced by the court setting aside the June 11, 2008 default.

WHEREFORE, Defendants, KAT KLUB A/K/A KAT CLUB and KATHI J. NOONE respectfully request this Honorable Court enter an Order:

A.  Setting aside the June 11, 2008 default order; and

B.  Granting Defendants leave to file their appearance and answer or otherwise plead, instanter.

Dated: June 30, 2008

Respectfully Submitted,

LAW OFFICES OF EDWARD J. KOZEL

By: *Jennifer M. Scarlett*
Jennifer M. Scarlett, Attorney for Defendants
Kat Klub a/k/a Kat Club and Kathi J. Noone

3

LAW OFFICES OF EDWARD J. KOZEL
333 South Wabash Avenue, 25th Floor
Chicago, Illinois 60604
(312) 822-3350
(312) 817-1978 - Fax
Attorney I.D. No. 44310

<u>Jose Acuirre v. Bruce Ford, et al.</u>
No. 07 cv 6915

# EXHIBIT A

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE NORTHERN DISTRICT OF THE STATE OF ILLINOIS

JOSE AGUILAR & FABIOLA GUERRO )
)
Plaintiff, )
)
v. ) PROOF OF SERVICE
)
CITY OF CHICAGO, KAT KLUB, ET )
) 07 C 6915
AL )

Defendant.
)
)ss.
)

## CORPORATE SERVICE

I, Kai M. Joy, certify that I am a competent person 18 years of age or older and that I am not a party to, nor an officer, director or employee of, nor an attorney for any party, corporate or otherwise. That the person, firm or corporation served by me is the identical person named in the action service was made.

Upon, Kat Klub, Corporate Service delivering said true copy.

Date of Service: 04/08/2008
Time of Service: 02:00
Address of Service: 6920 W North Ave, Chicago IL 60707

Notes on Service: Service of Process for Summons and complaint served on Kat Club employee Celeste Arnold, female, white, 40's, 5'4", heavy build, brown hair.

Under penalties as provided by law pursuant to section 1-109 of the code of civil procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Dated this 9th day of April, 2008

_____
Kai M. Joy

Page 1 PROOF OF SERVICE

NIS Consulting Group, Ltd.
1151 Sherman Avenue Ste 331
Evanston IL 60201
(847)733-1212 (847)733-1414

## IN THE DISTRICT COURT OF THE UNITED STATES

## FOR THE NORTHERN DISTRICT OF THE STATE OF ILLINOIS

| | | |
|---|---|---|
| JOSE AGUILAR & FABIOLA GUERRERO,    Plaintiff, | ) ) ) | |
| v. | ) ) | |
| BRUCE FORD, HECTOR ZAMUDIO, CITY OF CHICAGO, A MUNICIPA, KAT KLUB AKA KAT CLUB AND KATHI J. NOONE, JOHN DOE AND OTHER UNKNOWN OWNERS OF KAT KLUB AKA KAT CLUB    Defendant. | ) ) ) ) ) ) ) | PROOF OF SERVICE<br><br>07 C 6915 |
| | ) )ss. ) | |

### SUBSTITUTE SERVICE

I, Kai M Joy, certify that I am a competent person 18 years of age or older and that I am not a party to, nor an officer, director or employee of, nor an attorney for any party, corporate or otherwise. That the person, firm or corporation served by me is the identical person named in the action service was made.

Upon, Kathi J. Noone by leaving a copy with Dawn, sister/MOH, Substitute service delivering said true copy.

Date of Service: 04/09/2008
Time of Service: 10:22 am
Address of Service: 6619 North Avenue, Oak Park, IL 60302

Notes on Service: Substitute Service on Dawn, sister/MOH, female, white, 50, 5'5", medium build, reddish hair. Defendant resides on second floor of this address with sister.

Under penalties as provided by law pursuant to section 1-109 of the code of civil procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Dated this 9th day of April, 2008

Kai M. Joy

Page 1 PROOF OF SERVICE

NIS Consulting Group, Ltd.

<u>Jose Acuirre v. Bruce Ford, et al.</u>
No. 07 cv 6915

# EXHIBIT B

STATE OF ILLINOIS )
)SS
COUNTY OF COOK )

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Attorney No. 6211043

JOSE AGUIRRE and FABIOLA GUERRERO, )
)
        Plaintiffs, )
)
v. )    No. 07 C 6915
)
BRUCE FORD, HECTOR ZAMUDIO, THE )    Judge Coar
CITY OF CHICAGO, a Municipal Corporation, )
KAT KLUB, an Illinois Corporation, a/k/a )    Magistrate Judge Nolan
KAT CLUB and KATHI J. NOONE, JOHN )
DOE and other unknown owners of KAT )
KLUB a/k/a KAT CLUB )
)
        Defendants. )

### AFFIDAVIT OF KATHLEEN J. NOONE

    I, Kathleen J. Noone, do hereby certify that I am a competent person 18 years of age or older, and can attest to the following under oath:

1. That I am one of the named Defendants in the above captioned matter.

2. That I am the registered agent of the Kat Klub, also one of the named Defendants in the above captioned matter.

3. That I never personally received service of summons as an individual Defendant or as the registered agent of the Kat Club.

4. I did not know this matter was pending until I received a letter in the mail from Joseph G. Howard on May 27, 2008 indicating I had been served with summons and complaint regarding this matter on April 8, 2008. (See attached letter)

5. I was out of town at the time the letter arrived and did not see the letter until May 30, 2008.

6. As soon as I received the letter, I sent the letter to my personal attorney.

7. I never received a copy of the summons and complaint in the above captioned matter.

FURTHER AFFIANT SAYETH NAUGHT

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

Dated: June 30, 2008

                        Kat Klub & Kathleen Noone
                        By: KATHLEEN NOONE

Jennifer M. Scarlett
LAW OFFICES OF EDWARD J. KOZEL
333 South Wabash Avenue, 25th Floor
Chicago, Illinois 60604
(312) 822-3350
(312) 817-1978 - Fax
Attorney I.D. No. 44310

2