UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE AGUIRRE and FABIOLA GUERRERO, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v.   ) <br> ) <br> BRUCE FORD, HECTOR ZAMUDIO, THE ) <br> CITY OF CHICAGO, a Municipal Corporation, ) <br> KAT KLUB, an Illinois Corporation, a/k/a ) <br> KAT CLUB and KATHI J. NOONE, JOHN ) <br> DOE and other unknown owners of KAT ) <br> KLUB a/k/a KAT CLUB ) <br> ) <br> Defendant. ) | No. 07 C 6915 <br><br> Judge Coar <br><br> Magistrate Judge Nolan |

**FILED**
7-1-2008
JUL 0 1 2008  RC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF MOTION

TO:   Mr. Jerry Bischoff, 35 E. Wacker Drive, Suite 650, Chicago, IL 60601

**NOTICE IS HEREBY GIVEN** that on July 9, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge David H. Coar, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1419 at the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and present the accompanying **Motion to Set Aside Entry of Default**, a copy of which is hereby served upon you.

Dated: July 1, 2008

Respectfully submitted,

LAW OFFICES OF EDWARD J. KOZEL

By: *Jennifer M. Scarlett*
Jennifer M. Scarlett, Attorney for Defendants
Kat Klub a/k/a Kat Club and Kathi J. Noone

LAW OFFICES OF EDWARD J. KOZEL
333 South Wabash Avenue
25th Floor
Chicago, Illinois 60604
Phone: (312) 822-3350
Fax: (312) 817-1978

## CERTIFICATE OF SERVICE

I, LINDA M. HUSICH, a non-attorney, hereby certify that a copy of the foregoing **NOTICE OF MOTION** and accompanying documents has been served by on the following individuals:

> Mr. Jerry Bischoff
> 35 E. Wacker Drive
> Suite 650
> Chicago, IL 60601

this 1st day of July, 2008.

By: _/s/ Linda M. Husich_
Linda M. Husich

LAW OFFICES OF EDWARD J. KOZEL
333 South Wabash Avenue
25th Floor
Chicago, Illinois 60604
Phone: (312) 822-3350
Fax: (312) 817-1978