MHN

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                      Case Number: 07 cv 6915
Jose Aguirre, et al.
       v.
Bruce Ford, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kat Klub a/k/a Kat Club
and
Kathi J. Noone

FILED
JUL 0 1 2008
7-1-2008                          RC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Field | Value |
|---|---|
| NAME (Type or print) | Jennifer M. Scarlett |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Jennifer M. Scarlett |
| FIRM | Law Offices of Edward J. Kozel |
| STREET ADDRESS | 333 S. Wabash Avenue, 25th Floor |
| CITY/STATE/ZIP | Chicago, IL 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6281179 |
| TELEPHONE NUMBER | 312-822-3350 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES ✓    NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?       YES ☐    NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES ☐    NO ✓

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓    NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐