UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JOSE AGUIRRE and FABIOLA GUERRERO,** | ) ) ) | |
| v. | ) ) | No. 07 C 6915 Judge Coar |
| BRUCE FORD, HECTOR ZAMUDIO, CITY OF CHICAGO, et. al., | ) ) | Magistrate Judge Nolan |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

were served pursuant to the district court's ECF system as to ECF filers on July 8, 2008.

                                                        Respectfully submitted,

                                    By:  /s/<u>Jerry D. Bischoff</u>
                                                Jerry D. Bischoff

Jerry D. Bischoff
Attorney at Law
35 E. Wacker Drive
Suite 650
Chicago, Illinois 60601
(312) 853-2167