UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Jose Aguirre, et al.
                    Plaintiff,

v.                                         Case No.: 1:07−cv−06915
                                           Honorable David H. Coar

Bruce Ford, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

MINUTE entry before the Honorable David H. Coar:MOTION by Defendants Kat Klub,and Kathi J. Noone to set aside entry of default [30] is granted. Motion hearing held on 7/9/2008 regarding motion to set aside default.[30] Leave is granted to file appearance and answer instanter as to Kat Klub, and Kathi J. Noone. Prove−up set for 8/28/2008 is stricken.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.