UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MHW

| | |
|---|---|
| JOSE AGUIRRE and FABIOLA GUERRERO, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BRUCE FORD, HECTOR ZAMUDIO, THE )<br>CITY OF CHICAGO, a Municipal Corporation, )<br>KAT KLUB, an Illinois Corporation, a/k/a )<br>KAT CLUB and KATHI J. NOONE, JOHN )<br>DOE and other unknown owners of KAT )<br>KLUB a/k/a KAT CLUB )<br>)<br>Defendant. ) | No. 07 C 6915<br><br>Judge Coar<br><br>Magistrate Judge Nolan |

FILED
7-9-2008
JUL - 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF MOTION**

TO: Jerry Bischoff, Esquire, 35 East Wacker Drive, Suite 650, Chicago, IL 60601

CC: Mary McDonald, Esquire, Assistant Corporation Counsel, City of Chicago Department of Law, 30 N. LaSalle Street, Suite 1400, Chicago, IL 60602

On July 16, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge David H. Coar, or any judge sitting in his/her stead, in the courtroom usually occupied by him/her in Room 1419 at the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and present the accompanying **Motion to Dismiss Plaintiff's Dram Shop Claims Pursuant to Rule 12(b)(6)**, a copy of which is hereby served upon you.

Dated: July 9, 2008

Respectfully submitted,

LAW OFFICES OF EDWARD J. KOZEL

By: /s/ Jennifer M. Scarlett

Jennifer M. Scarlett, Attorney for Defendants
Kat Klub a/k/a Kat Club and Kathi J. Noone

LAW OFFICES OF EDWARD J. KOZEL
333 South Wabash Avenue
25th Floor
Chicago, Illinois 60604
Phone: (312) 822-3350
Fax: (312) 817-1978

## CERTIFICATE OF SERVICE

I, LINDA M. HUSICH, a non-attorney, hereby certify that a copy of the foregoing **NOTICE OF MOTION** and accompanying documents has been served by on the following individuals:

> Mr. Jerry Bischoff
> 35 E. Wacker Drive
> Suite 650
> Chicago, IL 60601

this 9th day of July, 2008.

By: *Linda M. Husich*
Linda M. Husich

LAW OFFICES OF EDWARD J. KOZEL
333 South Wabash Avenue
25th Floor
Chicago, Illinois 60604
Phone: (312) 822-3350
Fax: (312) 817-1978