## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jose Aguirre, et al.
        Plaintiff,

v.              Case No.: 1:07−cv−06915
              Honorable David H. Coar

Bruce Ford, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2008:

  MINUTE entry before the Honorable David H. Coar: Set deadlines as to motion to dismiss [35]: Responses due by 8/6/2008, Replies due by 8/20/2008. Motion to dismiss [35] is taken under advisement − ruling to issue by mail − parties need not appear on the presentment date of 7/16/2008. MOTION [24] by Defendants City of Chicago, Bruce Ford to dismiss Plaintiff's State Law Claims as Time Barred is taken under advisement ruling to issue by mail − the ruling date of 8/28/2008 is stricken. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.