# EXHIBIT A

Arraignment Date: 01-06-05

18 Pages

```
STATE OF ILLINOIS )
                  ) SS:
COUNTY OF C O O K )
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - FIRST MUNICIPAL DISTRICT

```
THE PEOPLE OF THE        )
STATE OF ILLINOIS,       )
                         )
        Plaintiff,       )
                         )  No. 05-150654
    -vs-                 )
                         )  Branch 50
JOSE D. AGUIRRE,         )
                         )
        Defendant.       )
```

PRELIMINARY HEARING

REPORT OF PROCEEDINGS had at the hearing of the above-entitled cause, before the HONORABLE GERALD T. WINIECKI, on the 16th day of December, 2005.

APPEARANCES:

    HON. RICHARD A. DEVINE,
        State's Attorney of Cook County, By:
    MR. SCOTT SPIEGEL,
        Assistant State's Attorney,
        Appeared for the Plaintiff;

    MR. CARLOS RODRIGUES,
        Attorney at Law,
        Appeared for the Defendant.

Judith Ann Dziewior
Official Court Reporter
License No. 084-967

1

```
1         THE CLERK:  Joseph D. Aguirre, 103, Line 15.
2         THE COURT:  Counsel, waive re-swearing and re-
3    execution?
4         MR. RODRIGUES:  Yes.
5         THE COURT:  Okay.  Leave to amend complaint
6    allowed.
7         MR. SPIEGEL:  Judge, on this one, the victim
8    of the misdemeanor is here.
9         THE COURT:  Pardon?
10        MR. SPIEGEL:  The victim of the misdemeanor
11   battery is here, so we're probably going to ask to
12   send it next door after the hearing.
13        MR. RODRIGUES:  You're asking what?
14        MR. SPIEGEL:  To proceed on the misdemeanor
15   next door.
16        THE COURT:  Criminal damage to property?
17        MR. SPIEGEL:  Correct.
18        THE COURT:  What's going to happen?
19        MR. SPIEGEL:  That will be nolle'd.
20        THE COURT:  Okay.  Swear in the witness.
21                    (Witness Sworn.)
22
23
24
```

```
 1                    OFFICER BRUCE FORD,
 2   a witness called on behalf of the People, having
 3   been first duly sworn, was examined and testified
 4   as follows:
 5                    DIRECT EXAMINATION
 6                    BY MR. SPIEGEL:
 7        Q    Officer, please state your name, star
 8   number, and unit of assignment.
 9        A    Officer Bruce Ford.  Last name is
10   spelled F-O-R-D.
11        Q    And you said, Officer, you are an
12   officer for the Chicago Police Department?
13        A    Yes.
14        Q    Were you at the address of 6920 West
15   North on December 9 of this year at approximately
16   10:45 p.m.?
17        A    Yes.
18        Q    What's located at 6920 West North
19   Avenue?
20        A    It's a tavern/bar.
21        Q    Okay.  And do you see anybody in court
22   today that you saw at that date, time, and
23   location?
24        A    Yes.
```

```
 1        Q    Can you please point that person out by
 2   a piece of clothing they're wearing?
 3        A    Yes.  The gentleman is wearing a
 4   Department of Corrections uniform.
 5        MR. SPIEGEL:  May the record reflect in-court
 6   identification of the Defendant?
 7        THE COURT:  Yes.
 8   BY MR. SPIEGEL:
 9        Q    Officer, when you were in that tavern,
10   was the Defendant in there at the same time?
11        A    Yes, he was.
12        Q    And did there come a point in time when
13   the Defendant was asked to leave by the bartender?
14        A    Yes.
15        Q    What happened then at that time?
16        A    The offender left the bar and returned
17   shortly thereafter.
18        Q    Now, at this time when the bartender
19   asked the Defendant to leave, had you had any
20   contact with the Defendant at that time?
21        A    Yes.  I identified myself to the
22   gentleman as a Chicago Police Officer and advised
23   him that the bar appeared not willing to charge him
24   with a criminal damage to property, probably be in
```

1   A   I again identified myself as a police
2   officer, asked him to cease and desist, and he
3   struck me.
4   Q   Where did he strike you?
5   A   He hit me in the nose, breaking my
6   glasses and cutting my nose.
7   Q   What happened next after that?
8   A   Any number of individuals attempted or
9   had tried to subdue the guy. I managed to get the
10  one handcuff on him and several of the patrons
11  assisted me to finally getting him cuffed.
12  Q   And did you have to struggle with the
13  Defendant to get the cuffs on?
14  A   Yes.
15  Q   Did you incur any injuries from this
16  struggle with the Defendant?
17  A   Yes. I sustained abrasions from where
18  he kicked me in the leg, and subsequently I noted
19  that my shoulder in the struggle had popped out of
20  joint, dislocated.
21  Q   And is that why your arm is in a sling
22  today?
23  A   Yes, it is.
24  MR. SPIEGEL: Okay. I have no further

1    questions at this time.

2            THE COURT:  Cross.

3                    CROSS EXAMINATION

4                    BY MR. RODRIGUES:

5        Q    Officer, did you review any reports to
6    prepare for your testimony here today?

7        A    No.  Reports were generated by officers
8    at the 25th District.

9        Q    So you didn't review, but you didn't
10   review any of them?

11       A    Oh, yes.  I looked at them.

12           MR. RODRIGUES:  Judge, if I could just see
13   those?

14           MR. SPIEGEL:  Well, which reports?

15   BY MR. RODRIGUES:

16       Q    Which reports did you review, Officer?

17       A    I reviewed a case report.

18       Q    Approximately how many pages?

19       A    I think it's two-page report, but front
20   and back.  And one -- that would make it maybe
21   three pages.

22       Q    And you yourself did not make any report
23   regarding this incident?

24       A    I made what they call a tactical

1    response report.

2        Q    Did you review that for today?

3        A    No, I did not.

4        MR. RODRIGUES:  Judge, I have been tendered a

5    two-page report.  I'm reviewing it at the moment.

6        Q    The report is what you told Officer

7    Rudolph regarding your recollection of the incident

8    shortly after it, correct, Officer?

9        A    In part.  He interviewed any number of

10   people to generate that report.

11       Q    Okay.  It does indicate -- you're -- in

12   the report, it indicates you're telling the

13   Defendant identifying yourself as a police officer

14   but after punches were thrown and after you were --

15       A    I noted that.  I didn't write the

16   report.  It is not completely correct in the order

17   of incident.

18       Q    You were not in uniform that evening,

19   correct?

20       A    No, I was not.

21       Q    You were not on duty?

22       A    No, I was not.

23       Q    You didn't have your badge hung around

24   your neck or visible in any way, did you?

```
 1   yourself as a police officer at that time?
 2        A    No, I didn't tell him to leave the bar.
 3        Q    Okay.
 4        A    I identified myself as a police officer
 5   and told him it would probably be in his best
 6   interest if he left.
 7        Q    You indicated that one of the employees
 8   there told him to leave, a bartender?
 9        A    Yes.
10        Q    Do you know that person's name?
11        A    Only by the first name.  It's Ava.
12        Q    And did you actually hear Ava tell him
13   to leave?
14        A    No, I didn't actually hear.  I only saw
15   her go over after speaking to me.  She walked over
16   and removed his drink from in front of him.
17        Q    He wasn't there by himself that evening,
18   was he?
19        A    No, he was not.
20        Q    He was there with a woman?
21        A    Yes.
22        Q    All right.  And it's your testimony --
23   did they both leave the bar?
24        A    Yes.
```

```
 1          MR. SPIEGEL:  Objection.  Relevance.
 2          THE COURT:  Pardon?
 3          MR. SPIEGEL:  I'll withdraw the objection,
 4   Judge.  You can answer the question.
 5          THE COURT:  Next question.
 6          THE WITNESS:  Yes, I went to the hospital.
 7   BY MR. RODRIGUES:
 8      Q   So when the report indicates that you
 9   didn't, if a report indicates that you did not,
10   that would be incorrect as well?
11      A   Yes.
12      Q   When you say you announced yourself as a
13   police officer, who else was around?
14      A   His girlfriend was sitting right next to
15   him, or the lady that was with him was right there.
16      Q   How far away from him were you?
17      A   I was standing right next to him.
18          MR. RODRIGUES:  I don't have anything else at
19   this time, Judge.
20          THE COURT:  State, do you have any other
21   witnesses?
22          MR. SPIEGEL:  No.
23              State rests, Judge.
24          THE COURT:  There would be a finding of
```

15

```
 1            THE COURT:  Trial demand noted.
 2            MR. RODRIGUES:  Tendering a copy to State.
 3            THE COURT:  All right.  Finding of probable
 4     cause, Chief Judge, 1-6.
 5                          (Whereupon, the matter was
 6                           continued to the Chief
 7                           Judge for arraignment.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

```
 1            IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
              MUNICIPAL DEPARTMENT - FIRST MUNICIPAL DISTRICT
 2

 3

 4

 5         I, JUDITH ANN DZIEWIOR, C.S.R., Official

 6   Court Reporter of the Circuit Court of Cook County,

 7   Municipal Department - First Municipal District,

 8   hereby certify that I reported in shorthand the

 9   proceedings had in the above-entitled cause; that I

10   thereafter caused to be transcribed into

11   typewriting the above Report of Proceedings, which

12   I hereby certify is a true and correct transcript

13   of the proceedings.

14
                                  [signature]
15
                         _____
16                       JUDITH ANN DZIEWIOR, C.S.R.
                         OFFICIAL COURT REPORTER 084-967
17                       Circuit Court of Cook County.

18

19   Sworn to this 15th day

20   of May, A.D., 2008.

21

22

23

24
```

18