## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOSE AGUIRRE, and<br>FABIOLA GUERRERO,<br><br>          Plaintiffs,<br>   v.<br><br>BRUCE FORD, HECTOR ZAMUDIO,<br>THE CITY OF CHICAGO, a municipal<br>Corporation, KAT KLUB, an Illinois<br>Corporation, a/k/a KAT CLUB and<br>KATHI J. NOONE, JOHN DOE and<br>other unknown owners of<br>KAT KLUB a/k/a KAT CLUB,<br><br>          Defendants. | )<br>)<br>)   07 C 6915<br>)<br>)<br>)<br>)<br>)   Judge Coar<br>)<br>)   Magistrate Judge Nolan<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING

To: Jerry Bischoff          Joseph G. Howard, P.C.      Jennifer M. Scarlett
     35 E. Wacker Dr. Suite 650  217 N. Jefferson Street, Suite 602  333 South Wabash Ave.
     Chicago, IL 60601        Chicago, IL 60661         25th Floor
                                                Chicago, IL 60604

     **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Norther District of Illinois, Eastern Division, **DEFENDANTS' CITY OF CHICAGO AND BRUCE FORD'S REPLY IN SUPPORT OF THEIR MOTION TO DISMISS** a copy of which is attached hereto and served upon you.

### CERTIFICATE OF SERVICE

     I hereby certify that I have caused true and correct copies of the above and foregoing **DEFENDANTS' CITY OF CHICAGO AND BRUCE FORD'S REPLY IN SUPPORT OF THEIR MOTION TO DISMISS** to be mailed via ECF, to the address listed on plaintiffs' appearance, on July 16, 2008.

                            Respectfully Submitted,

Dated: July 16, 2008.           *Mary S. McDonald*

                          Mary McDonald, Asst. Corp. Counsel
                        30 N. LaSalle St. #1400
                        Chicago, IL 60602
                        (312) 744-8307
                        Atty No. 06199995