UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE AGUIRRE, and ) <br> FABIOLA GUERRERO, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v.   ) <br>   ) <br> BRUCE FORD, HECTOR ZAMUDIO, ) <br> THE CITY OF CHICAGO, a municipal ) <br> Corporation, KAT KLUB, an Illinois Corporation, ) <br> a/k/a KAT CLUB and KATHI J. NOONE, ) <br> JOHN DOE and other unknown owners of ) <br> KAT KLUB a/k/a KAT CLUB, ) <br>   ) <br>   Defendants. ) | No.   07 CV 06915 <br><br> Judge Coar <br><br> Magistrate Judge Nolan |

**MOTION TO STRIKE DEFENDANTS' REPLY IN SUPPORT OF HIS RULE 12(b)(6)
MOTION TO DISMISS COUNTS II-V OF PLAINTIFFS' COMPLAINT**

NOW COME, the Plaintiffs, JOSE AGUIRRE and FABIOLA GUERRERO, and moves this Honorable Court to strike the Defendants' Reply in Support of his Rule 12(b)(6) Motion to Dismiss Counts II-V of Plaintiffs' Complaint, pursuant to Rule 12(f)(2) of the Federal Rules of Civil Procedure, and in support thereof states as follows:

**INTRODUCTION**

On December 7, 2007, Plaintiffs filed a six-count Complaint in the United States District Court for the Northern District of Illinois, Eastern Division. (*See* Pls. Complt., D.E. No. 1.) On June 10, 2008, Defendants, City of Chicago and Bruce Ford, filed a Rule 12(b)(6) Motion to Dismiss Plaintiffs' State Claims as Time-Barred.  Plaintiffs filed a response to this Motion to Dismiss on July 8, 2008 conceding that Counts II, IV and V were time-barred under the Illinois state law, but argued that Count III was not time barred.  On July 16, 2008, Defendants, City of

Chicago and Bruce Ford, filed Defendants' Reply in Support of his Rule 12(b)(6) Motion to Dismiss Counts II-V of Plaintiffs' Complaint.

## DISCUSSION

### DEFENDANTS' REPLY SHOULD BE STRICKEN BECAUSE NEW ARGUMENTS WERE RAISED THAT DID NOT APPEAR IN THE ORIGINAL MOTION

Defendants have argued for the first time in reply that Plaintiffs' malicious prosecution claim is barred because the Defendant Officer had probable cause to arrest the Plaintiff. Because this argument was raised for the first time in reply, the Defendants' reply should be stricken because it deprives the Plaintiffs of an opportunity to respond to these arguments.

Reply briefs should be confined to the issues raised in the opening motion and not used as a vehicle to present new arguments. See Marie O. v. Edgar, 131 F.3d 610, 614 n.7 (7th Cir. 1997); Egert v. Connecticut General Life Ins. Co., 900 F.2d 1032, 1035 (7th Cir. 1990); U.S. v. Rockrohr v. Norfolk Southern Corp., 797 F.Supp. 664, 665 (N.D.Ind. June 18, 1992); Gust K. Newberg Construction Co., No. 93 C 5219, 1995 WL 229058 *6 nn. 1 & 2(N.D.Ill. Apr. 13, 1995). Raising new arguments in the reply is unfair to the non-moving party because it deprives them of an opportunity to respond. See Wilson v. O'Leary, 895 F.2d 378, 384 (7th Cir. 1990); Egert, 900 F.2d at 1035.

Here, Defendants' original Motion to Dismiss was based solely on the argument that Plaintiffs' state law claims were time-barred by the applicable statute of limitations. However, their Reply concedes that Count III of the Complaint is not time-barred but states that "[n]evertheless, the existence of probable cause for arrest bars Plaintiff Aguirre's malicious prosecution claim against Defendant Officer." This is clearly a wholly independent and new argument to support its Motion to Dismiss. Having only raised this argument in the Reply, Plaintiffs have been denied a fair opportunity to respond to this argument. This new argument

raised in the Reply was clearly available to the Defendants when the original Motion to Dismiss was filed and thus, should have been included therein. Since it was not and is only raised in Reply, it should be stricken.

## CONCLUSION

**WHEREFORE,** Plaintiffs, JOSE AGUIRRE and FABIOLA GUERRERO, respectfully requests this Honorable Court to strike Defendants' Reply in Support of His Rule 12(b)(6) Motion to Dismiss counts II-V of Plaintiffs' Complaint and enter a ruling based on the original Motion and Response.

Dated: August 5, 2008

                                                Respectfully submitted,

                                                /s/ Joseph G. Howard

                                                Attorney for Plaintiffs

Law Offices of Joseph G. Howard, P.C.
217 N. Jefferson Street, Suite 602
Chicago, IL 60661
(312) 831-1200

Jerry Bischoff
35 E. Wacker Dr. Suite 650
Chicago, IL 60601
(312) 853-2167