## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOSE AGUIRRE, and FABIOLA GUERRERO, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No.   07 C 06915 |
| BRUCE FORD, HECTOR ZAMUDIO, ) THE CITY OF CHICAGO, a municipal ) Corporation, KAT KLUB, an Illinois Corporation, ) a/k/a KAT CLUB and KATHI J. NOONE, ) JOHN DOE and other unknown owners of ) KAT KLUB a/k/a KAT CLUB, ) ) | Judge Coar  Magistrate Judge Nolan |
| Defendants. ) | |

### NOTICE OF MOTION

TO:   Mary S. McDonald              Jennifer M. Scarlett
      City of Chicago                Law Offices of Edward J. Kozel
      30 N. LaSalle St., Suite 1400  333 S. Wabash Ave, 25th Floor
      Chicago, IL 60602              Chicago, IL 60604

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States Court for the Northern District of Illinois, Eastern Division, PLAINTIFFS' **MOTION TO STRIKE DEFENDANTS' REPLY IN SUPPORT OF HIS RULE 12(b)(6) MOTION TO DISMISS COUNTS II-V OF PLAINTIFFS' COMPLAINT** a copy of which is attached hereto and served upon you.

**I SHALL APPEAR** on Thursday, August 14, 2008 at 9:00 A.M. before the Honorable David Coar or any judge sitting in his stead in Courtroom 1419 and present the attached motion.

### CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing **MOTION TO STRIKE DEFENDANTS' REPLY IN SUPPORT OF HIS RULE 12(b)(6) MOTION TO DISMISS COUNTS II-V OF PLAINTIFFS' COMPLAINT** to be mailed via ECF, to the address listed on the respective parties' appearances, on August 5, 2008.

Dated: August 5, 2008

/s/ Joseph G. Howard
_____
JOSEPH G. HOWARD
217 North Jefferson St., Suite 602
Chicago, Illinois  60661
(312) 831-1200