UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE AGUIRRE and FABIOLA GUERRERO, | ) ) ) | |
| v. | ) ) | No. 07 C 6915 Judge Coar |
| BRUCE FORD, HECTOR ZAMUDIO, CITY OF CHICAGO, et. al., | ) ) | Magistrate Judge Nolan |

**PLAINTIFF'S RESPONSE TO DEFENDANT KAT KLUB and KATHI J. NOONE'S MOTION TO DISMISS THE COMPLAINT**

NOW COMES the Plaintiffs, JOSE AGUIRRE and FABIOLA GUERRERO, by their attorneys, JERRY BISCHOFF and JOSEPH G. HOWARD, and submits the following Response to Defendant KAT KLUB and KATHI NOONE's Motion to Dismiss Count VI of the Complaint as time barred.

The Plaintiff's do not dispute the allegations contained in Defendant KAT KLUB and KATHI NOONE's Motion to Dismiss Count VI of the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6).

                                                                 Respectfully submitted,

                                                                 S:/ Jerry Bischoff
                                                                 Jerry Bischoff, One of the Attorneys
                                                                 For the plaintiffs

Jerry Bischoff
Attorney at Law
35 E. Wacker Drive
Suite 650
Chicago, Illinois 60601
(312) 853-2167

Joseph G. Howard
Law Offices of Joseph G. Howard, PC
217 N. Jefferson Street

Suite 602
Chicago, Illinois 60661
(312) 831-1200