IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE AGUIRRE, and, ) | | |
| FABIOLA GUERRERO ) | | |
| ) | | |
| Plaintiffs, ) | | |
| v. ) | No. 07 C 6915 | |
| ) | | |
| BRUCE FORD, HECTOR ZAMUDIO, ) | | |
| THE CITY OF CHICAGO, a municipal ) | | |
| Corporation, KAT KLUB, an Illinois Corporation, ) | Judge Coar | |
| a/k/a KAT KAT CLUB AND KATHI J. NOONE, ) | | |
| JOHN DOE and other unknown owners of ) | Magistrate Judge Nolan | |
| KAT KLUB a/k/a KAT CLUB, ) | | |
| Defendants, ) | | |

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants, City of Chicago and Police Officer, Bruce Ford ("Defendants"), by and through his attorney, Mary McDonald, Assistant Corporation Counsel of the City of Chicago Department of Law, hereby responds to Plaintiffs' Motion to Strike as state as follows:

**DISCUSSION**

While it is true that reply briefs generally should be confined to issues raised in the opening motion and not used to present new arguments, the bottom line is that Judge Winiecki held that there was probable cause to arrest plaintiff for aggravated battery to a peace officer and resisting and obstructing a police officer.

Plaintiffs' motion to strike should be denied because the Circuit Court of Cook County found probable cause for Plaintiff's arrest on December 16, 2005. At that time Judge Winiecki held that Defendant Officer had probable cause to arrest Plaintiff for aggravated battery to a peace officer/employee/governmental and resisting and obstructing a police officer. "A finding of

probable cause is an absolute bar to … a [malicious prosecution] claim." *Holmes v. Village of Hoffman Estate*, 511 F.3d 673, 682 (7th Cir. 2007) (citations omitted).  Thus, Plaintiff cannot state a prima facie case for malicious prosecution. To have this case proceed on Count I only will both save the parties time and money and will streamline the issues for trial. Therefore, the motion to strike should be denied, and Defendants motion to dismiss granted.

## CONCLUSION

_____For the reasons set forth above Plaintiff's motion to strike should be denied or for such other relief as this Court deems appropriate.


                Respectfully submitted,

                /S/ *Mary McDonald*____
                Mary McDonald
                Assistant Corporation Counsel
                *Attorney for Defendants City of Chicago and Bruce Ford*

City of Chicago Department of Law
Individual Defense Litigation Division
30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-8307