## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JOSE AGUIRRE, and | ) | |
| FABIOLA GUERRERO, | ) | |
| | ) | 07 C 6915 |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| BRUCE FORD, HECTOR ZAMUDIO, | ) | |
| THE CITY OF CHICAGO, a municipal | ) | Judge Coar |
| Corporation, KAT KLUB, an Illinois | ) | |
| Corporation, a/k/a KAT CLUB and | ) | Magistrate Judge Nolan |
| KATHI J. NOONE, JOHN DOE and | ) | |
| other unknown owners of | ) | |
| KAT KLUB a/k/a KAT CLUB, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

To: Jerry Bischoff        Joseph G. Howard, P.C.        Jennifer M. Scarlett
     35 E. Wacker Dr. Suite 650   217 N. Jefferson Street, Suite 602   333 South Wabash Ave.
     Chicago, IL 60601        Chicago, IL 60661          25th Floor
                                                                       Chicago, IL 60604

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Norther District of Illinois, Eastern Division, **DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE** a copy of which is attached hereto and served upon you.

### CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing **DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE** to be mailed via ECF, to the address listed on plaintiffs' appearance, on August 12, 2008.

Respectfully Submitted,

Dated: August 12, 2008.            *Mary S. McDonald*

                            Mary McDonald, Asst. Corp. Counsel
                            30 N. LaSalle St. #1400
                            Chicago, IL 60602
                            (312) 744-8307
                            Atty No. 06199995