# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jose Aguirre, et al.

                Plaintiff,

v.

Bruce Ford, et al.

                Defendant.

Case No.: 1:07–cv–06915
Honorable David H. Coar

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2008:

     MINUTE entry before the Honorable David H. Coar: Motion hearing held on 8/14/2008 regarding motion to dismiss[35], motion to strike[40]. MOTION [40]by Plaintiffs Jose Aguirre, Fabiola Guerrero to strike Defendants' City of Chicago and Bruce Ford's Reply in Support of Motion to Dismiss Counts II–V of Complaint [40] is Granted.MOTION by Defendants Kat Klub, a/k/a Kat Club and Kathi J. Noone Rule 12(b)(6) motion to dismiss plaintiff's Dram Shop Claims as Time–Barred by the One–Year Statute of Limitations [35] is resolved and terminated. Defendants to answer counts 1 and 2 of the Complaint within 20 days. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.