UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE AGUIRRE, and ) | |
| FABIOLA GUERRERO, ) | |
| ) | 07 C 6915 |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| BRUCE FORD, HECTOR ZAMUDIO, ) | |
| THE CITY OF CHICAGO, a municipal ) | Judge Coar |
| Corporation, KAT KLUB, an Illinois ) | |
| Corporation, a/k/a KAT CLUB and ) | Magistrate Judge Nolan |
| KATHI J. NOONE, JOHN DOE and ) | |
| other unknown owners of ) | |
| KAT KLUB a/k/a KAT CLUB, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

To: Jerry Bischoff
35 E. Wacker Dr. Suite 650
Chicago, IL 60601

Joseph G. Howard, P.C.
217 N. Jefferson Street, Suite 602
Chicago, IL 60661

Jennifer M. Scarlett
333 South Wabash Ave.
25th Floor
Chicago, IL 60604

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Norther District of Illinois, Eastern Division, **DEFENDANTS' ANSWER TO COUNTS I AND III OF PLAINTIFFS' COMPLAINT** a copy of which is attached hereto and served upon you.

### CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing **DEFENDANTS' ANSWER TO COUNTS I AND III OF PLAINTIFFS' COMPLAINT** to be mailed via ECF, to the address listed on plaintiffs' appearance, on August 22, 2008.

Respectfully Submitted,

Dated: August 22, 2008.

*Mary S. McDonald*

Mary McDonald, Asst. Corp. Counsel
30 N. LaSalle St. #1400
Chicago, IL 60602
(312) 744-8307
Atty No. 06199995