**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Jose Aguirre, et al.
                    Plaintiff,

v.                                             Case No.: 1:07−cv−06915
                                                  Honorable David H. Coar

Bruce Ford, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable David H. Coar: This matter came before the Court for a Rule 16(b) Scheduling conference on 8/28/2008 and the attorney for the plaintiffs failed to appear. Scheduling Conference continued to Wednesday 9/3/2008 at 09:00 AM. If plaintiffs' counsel fails to appear on 9/3/2008, this case will be dismissed for want of prosecution on 9/3/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.