UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE AGUIRRE, and ) <br> FABIOLA GUERRERO, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v.  ) <br> ) <br> BRUCE FORD, HECTOR ZAMUDIO, ) <br> THE CITY OF CHICAGO, a municipal ) <br> Corporation, KAT KLUB, an Illinois Corporation, ) <br> a/k/a KAT CLUB and KATHI J. NOONE, ) <br> JOHN DOE and other unknown owners of ) <br> KAT KLUB a/k/a KAT CLUB, ) <br> ) <br> Defendants. ) | No.   07 CV 06915 <br><br> Judge Coar <br><br> Magistrate Judge Nolan |

**REPORT OF PARTIES' PLANNING CONFERENCE**

Pursuant to this court's order, Joseph G. Howard, representing plaintiffs, and Mary McDonald, representing the defendants, met on September 2, 2008 pursuant to Rule 26(f) to discuss:

(1) the nature and basis of their claims and defenses;

(2) the possibilities for a prompt settlement or resolution of this case;

(3) to make or arrange for the disclosures required under Rule 26(a)(1); and

(4) to develop a discovery plan.

To that end, the parties propose the following:

A. The issues in this case may be simplified by taking the following steps:

1. None.

B. The following modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery:

1. None.

C. Discovery will be needed on the following subjects:

1. Liability of the Police Officer and the City of Chicago.

2. Plaintiffs' medical treatment following the incident.

3. Plaintiffs' current medical condition.

4. The need for Plaintiffs' future medical care.

D. Discovery should not be conducted in phases.

E. Discovery is likely to be contentious and management of discovery should be referred to the Magistrate Judge. Yes_____ No_X_____

F. The parties do not consent to this matter being referred to the Magistrate Judge for final disposition.

G. The parties have discussed the possibility of alternative dispute resolution and do not agree to resolve the case in that manner at this time.

H. The parties have discussed a prompt settlement or other resolution of this matter. The plaintiff will be making a formal written demand within 30 days.

I. The Court should consider the following methods of expediting the resolution of this matter:

 None at this time.

_____
/ s / Joseph G. Howard


_____
Attorney for Defendant

Law Offices of Joseph G. Howard, P.C.
217 N. Jefferson Street, Suite 602
Chicago, IL 60661
(312) 831-1200

Jerry Bischoff
35 E. Wacker Dr. Suite 650
Chicago, IL 60601
(312) 853-2167