## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JOSE AGUIRRE, and<br>FABIOLA GUERRERO,<br><br>    Plaintiffs,<br><br>v.<br><br>BRUCE FORD, HECTOR ZAMUDIO,<br>THE CITY OF CHICAGO, a municipal<br>Corporation, KAT KLUB, an Illinois Corporation,<br>a/k/a KAT CLUB and KATHI J. NOONE,<br>JOHN DOE and other unknown owners of<br>KAT KLUB a/k/a KAT CLUB,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.   07 CV 06915<br><br>Judge Coar<br><br>Magistrate Judge Nolan |

### PROPOSED SCHEDULING ORDER

NOW COME, the Plaintiffs, JOSE AGUIRRE and FABIOLA GUERRERO, and having met with Counsel for Defendant, proposes the following scheduling order to the Court:

**1. Discovery**

The following time limits and deadlines shall be applicable.

A. All disclosures required by Rule 26(a)(1) shall be made on or before September 24, 2008.

B. Any amendments to pleadings or actions to join other parties shall be filed on or before September 30, 2008.

C. The cutoff of fact discovery is May 29, 2009.

D. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before June 30, 2009.

E. The parties may depose the other side's expert at any time prior to July 31, 2009.

F. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to August 31, 2009.

G. The parties shall have until September 30, 2009 to depose the opposing party's rebuttal expert.

## 2. Motions

Any dispositive motions to be filed on or before July 1, 2009.

## 3. Final Pretrial Order and Conference

The final pretrial order shall be filed on or before October 1, 2009.

The final pretrial conference will be held on a date and time set by the Court at the Rule 16 conference.

## 4. Trial

Trial is set in this matter by the Court at the Rule 16 conference.

## 5. Status Hearings

A further status hearing/preliminary pretrial conference should be held on a date set by the Court.

Dated: September 2, 2008

ENTER:

_____

Law Offices of Joseph G. Howard, P.C.
217 N. Jefferson Street, Suite 602
Chicago, IL 60661
(312) 831-1200

Jerry Bischoff
35 E. Wacker Dr. Suite 650
Chicago, IL 60601
(312) 853-2167