**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOSE AGUIRRE and FABIOLA GUERRERO, | ) ) ) | |
| v. | ) ) | No.  07 C 6915 Judge Coar |
| BRUCE FORD, HECTOR ZAMUDIO, CITY OF CHICAGO, et. al., | ) ) | Magistrate Judge Nolan |

<u>**CERTIFICATE OF SERVICE**</u>

        The undersigned attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**PROPOSED SCHEDULING ORDER**

were served pursuant to the district court's ECF system as to ECF filers on September 2, 2008.

                                        Respectfully submitted,

                                        /s/ Joseph G. Howard
                                        _____
Dated: September 2, 2008                JOSEPH G. HOWARD
                                        217 North Jefferson St., Suite 602
                                        Chicago, Illinois  60661
                                        (312) 831-1200